UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RONALD WEBBER <br> 11342 Trenton Road NW <br> Uniontown, Ohio 44685 <br><br> on behalf of himself and <br> all others similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> NINE ENERGY SERVICE, INC. <br> c/o The Corporation Trust Company <br> Corporation Trust Center <br> 1209 Orange Street <br> Wilmington, Delaware 19801 <br><br> and <br><br> CDK PERFORATING, LLC <br> d/b/a NINE ENERGY SERVICE <br> c/o Incorp. Services, Inc. <br> 9435 Waterstone Blvd, Suite 140 <br> Cincinnati, Ohio 45249 <br><br> Defendants. | CASE NO.: 2:15-cv-1807 <br><br> CHIEF JUDGE EDMUND A. SARGUS <br><br> MAGISTRATE JUDGE KEMP |

## ORDER OF TRANSFER

Having considered the Stipulation and Joint Motion to Transfer filed by Plaintiff Ronald Webber ("Plaintiff") and Defendants Nine Energy Service, Inc. ("Nine Energy") and CDK Perforating, LLC, the Court hereby GRANTS the parties' Joint Motion to Transfer and ORDERS that this case be transferred to the United States District Court for the Southern District of Texas, Houston Division, where the related case *Cornell, et al. v. Nine Energy Service, LLC*, No. Civ. A. 4:15-cv-0620 is now pending.

/s/ Terence P. Kemp
United States Magistrate Judge